No. 04–10563.  VESTER v. VIRGINIA (two judgments).  Sup. Ct. Va.  Certiorari denied.

No. 04–10564.  JAMERSON v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Moore County, N. C.  Certiorari denied.

No. 04–10565.  SHELBY v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 04–10567.  SALINAS v. UNITED STATES MARSHALS SERVICE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–10568.  PADGETT v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 04–10569.  BENNER v. COYLE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 04–10570.  OGNIBENE v. NIAGARA COUNTY SHERIFF'S DEPARTMENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–10572.  MARINO v. GAMMEL ET AL.  C. A. 1st Cir. Certiorari denied.

No. 04–10573.  LANDERS v. WALKER, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 04–10574.  MATHESON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–10575.  DEJESUS v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–10576.  MOORER v. PALMER, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–10578.  SYMONDS v. PRICE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 04–10579.  RAMOS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–10580.  RICHARDSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.